(INND Rev. 1/21)                                                                                                        page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**FILED** JUN 09 2023 01:25 US DISTRICT COURT Northern District of Indiana Chanda Berta - Clerk

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**Adam R Swick**
[You are the PLAINTIFF, print your full name on this line.]

v.

**LifeLock**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **3:23CV540**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | LifeLock | 60 E RIO SALADO PKWY STE. 400 Tempe Az. 85281 |
| 2 | | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **1**
2. What is your address? **51537 CR 33 Bristol IN. 46507**
3. What is your telephone number: **(574) 848 5775**
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I Purchased Lifelock Around 2018 or 2019. The Identity issues that I had prompted them to Assign A case Worker to me. Over A period of Time the Case Worker Determined that it was Not Identity Theft. This I was A bit Skeptical About, so I Dumped them, and proceeded elsewhere.
   CLAIM # PKB6L-ZUWMJ
   IN 2020, After recovering my E-Mail for the 50 seconds. I Not only can now prove it was IN fact Identity Theft, But Now this Domestic Terrorist group Reported to IC3, has Taken my Identity And purchased the Lifelock premium Identity theft package. This Now means that they are being Alerted Whenever I try to use my own Identity. That's Absolutely Brilliant. No wonder these people Are so Successful.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

We Need to stop this Now
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

☒ No.
☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Life lock Million Dollar guarantee. And 5 million Dollars to Assist Me in Recovery And 1 million Dollars to protect My son and the Last name He Carries. And 4 million to Rescue My parents that have been Targeted Now ALSO

FILING FEE – Are you paying the filing fee?

☐ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

*as*   I will keep a copy of this complaint for my records.
*as*   I will promptly notify the court of any change of address.
*as*   I declare **under penalty of perjury** that the statements in this complaint are true.

_____          June 8 2023
Signature                                             Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]