AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ADAM R SWICK
    **Plaintiff**

v.     **Civil Action No**. 3:23-cv-540

LIFELOCK
also known as
Norton Lifelock
    **Defendant**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: This case is DISMISSED WITHOUT PREJUDICE. _____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty.

DATE:   July 10, 2023          CHANDA J. BERTA, CLERK OF COURT

                                              by    s/N. Long
                                              *Signature of Clerk or Deputy Clerk*